THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@UtahADALaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| Trevor Kelley, <br><br>    Plaintiff, <br>v. <br><br>Spoons 'N Spice, <br><br>    Defendant. | Case No.: 2:17-cv-00802-EJF <br><br> **NOTICE OF SETTLEMENT** <br><br> Assigned to Magistrate Judge Evelyn J. Furse |
|---|---|

PLEASE TAKE NOTICE that, Plaintiff, Trevor Kelley, and Defendant, Spoons 'N Spice (collectively, the "Parties"), hereby give notice that the Parties have reached settlement in this Action. The Parties anticipate filing dismissal papers within the next thirty (30) days. In conformance with DUCiv R 41-1, the Parties respectfully request the Court stay all deadlines and other matters in this Action so the Parties can finalize settlement documents.

/ / /

**RESPECTFULLY SUBMITTED** on this 23rd day of August, 2017.

>*/s/ James K. Ord, III*
>JAMES K. ORD, III
>The Ord Firm, P.C.
>PO Box 16266
>Salt Lake City, UT 84116
>Telephone: (435) 214-1433
>Email: James@UtahADALaw.com
>*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

   I hereby certify that on this 23rd day of August, 2017 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record:

Sean A. Monson
**Bennett Tueller Johnson & Deere P.C.**
3165 E. Millrock Dr. 5th Fl.
Salt Lake City, UT 84121
801-438-2000
Email: ecf@parsonbehle.com
*Attorney for Defendant*


*/s/ Sydney Rogers\**
(\* *I certify that I have the signed original of this document
which is available for inspection during normal business
hours by the Court or a party to this action)*